# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00001-CV

### In re Russell Joseph, Individually and as Executor of the Estate of L.W. Stolz, Jr., Deceased

#### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

### O R D E R

**PER CURIAM**

Relator Russell Joseph has filed a petition for writ of mandamus and a motion for emergency relief seeking a stay of the trial court's discovery order dated December 19, 2014. We grant the motion for emergency relief and stay the trial court's discovery order, pending further orders of this Court.[1] The real party in interest, Alason Connell, is requested to file a response to the petition for writ of mandamus on or before January 12, 2015. The real party in interest may also address, in either that response or a separate filing, the advisability of our continuing the temporary relief pending our final disposition of the merits.

It is ordered on January 5, 2015.

Before Chief Justice Rose, Justices Pemberton and Field

---

[1] *See* Tex. R. App. P. 52.8, 52.10.